02-10-130-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00130-CV 

 

 


 
 
 Dynamic Energy Services, L.L.C.
 and Craig Pritchard
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Melissa Stringer
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE
271st District Court OF Wise COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellants' “Motion
To Dismiss.”  It
is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellants, for which let execution issue.  See Tex. R. App. P. 42.1(d). 

 

 

PER
CURIAM

 

PANEL:  DAUPHINOT, GARDNER,
and WALKER, JJ.  

 

DELIVERED:  November 18, 2010











[1]See Tex. R. App. P. 47.4.